912

No. 75–1068. Lea Associates, Inc. *v.* United States. Ct. Cl. Certiorari denied.

No. 75–1071. Bogatin *v.* New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 75–1076. Skydell et al. *v.* Ecological Science Corp. et al. C. A. 5th Cir. Certiorari denied.

No. 75–1088. Corex Corp., dba Quick Corporation of America *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 75–1090. Redd, dba Abajo Petroleum *v.* Shell Oil Co. et al. C. A. 10th Cir. Certiorari denied.

No. 75–1123. Smith *v.* Arkansas. Sup. Ct. Ark. Certiorari denied.

No. 75–1125. Silverton *v.* California Adult Authority. C. A. 9th Cir. Certiorari denied.

No. 75–1130. Nivens *v.* Signal Oil & Gas Co., Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 75–1131. Chaneyfield *v.* City of New York et al. C. A. 2d Cir. Certiorari denied.

No. 75–1134. USM Corp. *v.* Schlegel Manufacturing Co. C. A. 6th Cir. Certiorari denied.

No. 75–1137. Paciera *v.* Louisiana. C. A. 5th Cir. Certiorari denied.